# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WULFENSTEIN CONSTRUCTION COMPANY, INC., | Case No. 2:17-cv-01182-APG-NJK |
| Plaintiff(s), | ORDER |
| | (Docket No. 6) |
| vs. | |
| HERBACK GENERAL ENGINEERING, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is the parties' stipulation to extend time for Defendants to file response to complaint. Docket No. 6. Local Rule IA 6-1 states that "[a] motion or stipulation to extend time must state the reasons for the extension requested." The parties do not provide any reasons for their request. *See* Docket No. 6. Accordingly, the parties' stipulation, Docket No. 6, is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: May 24, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge