John D. Moore, Esq.
Nevada State Bar No. 8581
MOORE LAW GROUP, PC
3715 Lakeside Drive, Suite A
Reno, NV 89509
Telephone (775) 336-1600
Fax (775) 336-1601
john@moore-lawgroup.com
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WULFENSTEIN CONSTRUCTION COMPANY, INC., AND UNITED STATES FOR THE USE OF WULFENSTEIN CONSTRUCTION COMPANY, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HERBACK GENERAL ENGINEERING, LLC, a Nevada limited liability company; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; DOES 1 – 10, inclusive,<br><br>Defendants.<br><br>And related Counterclaim. | Case No. 2:17-cv-01182-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiff WULFENSTEIN CONTSTRUCTION COMPANY, INC., AND UNITED STATES FOR THE USE OF WULFENSTEIN CONSTRUCTION COMPANY, INC., ("Plaintiff") and Defendants HERBACK GENERAL ENGINEERING, LLC and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA (collectively "Defendants") by and through their undersigned counsel of record, and hereby dismiss this action, Plaintiff's Complaint and Defendants' Counterclaim, in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii), in its entirety, with

prejudice, each party to bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED: December 20, 2017.                    DATED: December 20, 2017.

DeLEE LAW OFFICES, LLC                       MOORE LAW GROUP, PC


/s/ Michael M. DeLee                         /s/ John D. Moore
Michael M. DeLee, Esq.                       John D. Moore, Esq.
Nevada Bar No. 11948                         Nevada Bar No. 8581
Attorney for Plaintiff                       Attorney for Defendants


DATED: December 20, 2017.

HOY CHRISSINGER KIMMEL VALLAS, PC


/s/ Michael S. Kimmel
Michael S. Kimmel, Esq.
Nevada Bar No. 9081
Attorney for Plaintiff


IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 12/21/2017